UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HATTIE MAY WELLS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　　Defendant. | CASE NO. EDCV 10-1209 AGR<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: August 26, 2011

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE